# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION



CLERK'S OFFICE
A TRUE COPY
Oct 06 2016
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

**IN RE: TAXOTERE (DOCETAXEL)**
**PRODUCTS LIABILITY LITIGATION**     MDL No. 2740

## TRANSFER ORDER

    **Before the Panel:** Plaintiffs in the Eastern District of Louisiana *Veronica Smith* and District of Colorado *Gahan* actions, listed on Schedule A, move under 28 U.S.C. § 1407 to centralize pretrial proceedings in this litigation in the Eastern District of Louisiana or, alternatively, the Southern District of Illinois. This litigation consists of thirty-three actions pending in sixteen districts, as listed on Schedule A. The Panel also has been notified of fifty-six related actions pending in twenty-five districts.[1]

    All parties agree that centralization is warranted, but disagree as to the most appropriate transferee district. Plaintiffs in ten actions and potential tag-along actions have responded to the motion, and they variously argue in support of centralization in the Eastern District of Louisiana, the Southern District of Illinois, the District of Minnesota, the Northern District of Illinois, the Southern District of Mississippi, or the Northern District of California. Responding defendant Sanofi-Aventis U.S. LLC (Sanofi-Aventis) suggests centralization in the District of Colorado or the District of New Jersey or, alternatively, supports centralization in the Eastern District of Louisiana, the District of Minnesota, or the Northern District of Illinois.

    On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization in the Eastern District of Louisiana will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All the actions share common factual questions arising out of allegations that Taxotere (docetaxel), a chemotherapy drug, causes permanent hair loss, that defendants were aware of this possible side effect and failed to warn patients, and that defendants marketed Taxotere as more effective than other chemotherapy drugs when other drugs were equally effective without the associated permanent hair loss. Plaintiffs in these actions each allege that they experienced permanent hair loss as a result of using Taxotere. All actions will require discovery regarding the design, testing, manufacturing, marketing, and labeling of Taxotere. Centralization will eliminate duplicative discovery; prevent inconsistent pretrial rulings; and conserve the resources of the parties, their counsel, and the judiciary.

---

    [1] These and any other related actions are potential tag-along actions. *See* Panel Rules 1.1(h), 7.1, and 7.2.

-2-

Given the geographic dispersal of the pending actions and the widespread nature of this litigation, no particular district or region emerges as a clear focal point. We are persuaded that the Eastern District of Louisiana is an appropriate transferee forum. Plaintiffs in six actions and potential tag-along actions and responding defendant support centralization in this district, in the first instance or in the alternative, and ten actions and potential tag-along actions already are pending there. The Eastern District of Louisiana is an easily accessible and reasonably central district. Additionally, Judge Lance M. Africk is a seasoned jurist who is willing and able to handle this litigation, but who has not yet had the opportunity to preside over an MDL.

IT IS THEREFORE ORDERED that the actions listed on Schedule A and pending outside the Eastern District of Louisiana are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Lance M. Africk for coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

Marjorie O. Rendell     Charles R. Breyer
Lewis A. Kaplan     Ellen Segal Huvelle
R. David Proctor     Catherine D. Perry

IN RE: TAXOTERE (DOCETAXEL)  
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2740

## SCHEDULE A

### Central District of California

16-cv-15281 N(5)  COLLINS v. SANOFI S.A., ET AL., C.A. No. 2:16-05418

### Northern District of California

16-cv-15282 N(5)  DODSON v. SANOFI S.A., ET AL., C.A. No. 4:16-01251

### District of Colorado

16-cv-15283 N(5)  GAHAN v. SANOFI S.A., ET AL., C.A. No. 1:15-02777  
16-cv-15286 N(5)  LEITH v. SANOFI S.A., ET AL., C.A. No. 1:16-00741

### Northern District of Illinois

16-cv-15291 N(5)  SPANN v. SANOFI S.A., ET AL., C.A. No. 1:16-03038  
16-cv-15294 N(5)  PISTONE v. SANOFI S.A., ET AL., C.A. No. 1:16-04028  
16-cv-15295 N(5)  TRAYLOR v. SANOFI S.A., ET AL., C.A. No. 1:16-05651  
16-cv-15296 N(5)  JOHNSON v. SANOFI-AVENTIS U.S. LLC, ET AL., C.A. No. 1:16-06754  
16-cv-15297 N(5)  WYSOCKI v. SANOFI S.A., ET AL., C.A. No. 1:16-07059

### Southern District of Illinois

16-cv-15307 N(5)  CHASE v. SANOFI S.A., ET AL., C.A. No. 3:16-00588  
16-cv-15308 N(5)  DALTON v. SANOFI S.A., ET AL., C.A. No. 3:16-00718  
16-cv-15310 N(5)  KOONTZ v. SANOFI S.A., ET AL., C.A. No. 3:16-00805

### District of Kansas

16-cv-15313 N(5)  DETRIXHE v. SANOFI S.A., ET AL., C.A. No. 2:16-02250

### Eastern District of Louisiana

BEMISS v. SANOFI S.A., ET AL., C.A. No. 2:16-06425  
SMITH v. SANOFI S.A., ET AL., C.A. No. 2:16-07794  
WEBB v. SANOFI S.A., ET AL., C.A. No. 2:16-10763  
WALTER v. SANOFI S.A., ET AL., C.A. No. 2:16-12706  
SMITH v. SANOFI S.A., ET AL., C.A. No. 2:16-12943

-A2-

**MDL No. 2740 Schedule A (Continued)**

<u>Middle District of Louisiana</u>

16-cv-15280 N(5)  BURNEY v. SANOFI S.A., ET AL., C.A. No. 3:16-00388

<u>District of Minnesota</u>

16-cv-15314 N(5)  TOUCHI-PETERS v. SANOFI S.A., ET AL., C.A. No. 0:16-02464

<u>Southern District of Mississippi</u>

16-cv-15315 N(5)  JONES v. SANOFI S.A., ET AL., C.A. No. 3:16-00288
16-cv-15316 N(5)  CARPENTER v. SANOFI S.A., ET AL., C.A. No. 3:16-00289
16-cv-15317 N(5)  CHASE v. SANOFI S.A., ET AL., C.A. No. 3:16-00404
16-cv-15318 N(5)  TOLEFREE v. SANOFI S.A., ET AL., C.A. No. 3:16-00412
16-cv-15319 N(5)  GRINES v. SANOFI S.A., ET AL., C.A. No. 3:16-00488

<u>Western District of North Carolina</u>

16-cv-15320 N(5)  MOTTOLA v. SANOFI S.A., ET AL., C.A. No. 3:16-00255
16-cv-15321 N(5)  WOOD v. SANOFI S.A., ET AL., C.A. No. 3:16-00261

<u>Northern District of Ohio</u>

16-cv-15322 N(5)  CARSON v. SANOFI S.A., ET AL., C.A. No. 1:16-00165

<u>District of South Carolina</u>

16-cv-15323 N(5)  MEYERS v. SANOFI SA, ET AL., C.A. No. 3:16-02536
16-cv-15324 N(5)  CLINKSCALES v. SANOFI SA, ET AL., C.A. No. 6:16-02376

<u>Eastern District of Tennessee</u>

16-cv-15325 N(5)  ADAMS v. SANOFI-AVENTIS, S.A., ET AL., C.A. No. 3:16-00365

<u>Northern District of Texas</u>

16-cv-15326 N(5)  FREE v. SANOFI S.A., ET AL., C.A. No. 2:16-00074

<u>Western District of Texas</u>

16-cv-15327 N(5)  GORNIAK v. SANOFI S.A., ET AL., C.A. No. 1:16-00637